AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>JUSTIN JOHNSON<br>c/o Donald Martino, Esquire<br>25 West Third Street, Suite 302, Williamsport, PA 17701<br><br>*Defendant* | )<br>)<br>)<br>) Case No. 4:15-CR-4<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | United States Courthouse and Federal Building<br>240 West Third Street<br>Williamsport, PA 17701 | Courtroom No.: 1, Fourth Floor |
|---|---|---|
| | | Date and Time: 02/02/2015 10:00 am |

This offense is briefly described as follows:

Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846)


Date: 01/23/2015

*Issuing officer's signature*

Kathy A. McLaughlin, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted


Date: _____

_____
*Server's signature*

_____
*Printed name and title*