**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>4:15-CR-4 |
|---|---|
| DEFENDANT<br>Justin Johnson | TYPE OF PROCESS<br>arrest check |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

FILED
SCRANTON

FEB 0 6 2015

PER ___M___  DEPUTY CLERK

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| James T. Clancy, Assistant U. S. Attorney<br>United States Attorney's Office<br>228 Walnut Street, Suite 220<br>P. O. Box 11754<br>Harrisburg, PA 17108 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                         Fold

Please please arrest Citizens Bank cashiers check 223239 in the amount of $75,000.00 (15-FBI-001633). This is in partial payment of the $165,000.00 money judgment in this matter(15-FBI-001632). Please do not perform final disposition on this asset as a Final Order of Forfeiture has not yet been entered.

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT | TELEPHONE NUMBER<br>(717) 221-4482 | DATE<br>2/4/15 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 67 | District to Serve<br>No. 67 | Signature of Authorized USMS Deputy or Clerk<br>DAFC | Date<br>2/6/15 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | [ ] A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>2/6/15 | Time<br>1100 [ ] am [ ] pm |
| | Signature of U.S. Marshal or Deputy<br>DAFC |

| Service Fee | Total Mileage Charges including *endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS:** Deposited SADF.                                                    2/6/15