UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:15-CR-004 |
| v. | : | (JUDGE BRANN) |
| JUSTIN JOHNSON | : | UNDER SEAL |

## WAIVER OF INDICTMENT

I, JUSTIN JOHNSON, the above-named defendant, who is accused of conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 2/10/15 _____, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
JUSTIN JOHNSON, Defendant

_____
DONALD MARTINO, Esquire
Counsel for Defendant

Before _____
Judicial Officer

FILED
WILLIAMSPORT
FEB 10 2015

PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:15-CR-004 |
| v. | : (JUDGE BRANN) |
| JUSTIN JOHNSON | : UNDER SEAL |

## ORDER

AND NOW, this  10TH  day of  FEBRUARY  2015, JUSTIN JOHNSON, who is accused of conspiracy to distribute controlled substances in violation of Title 21, United States Code, Section 846, being advised of the nature of the charge, the proposed information, and of his rights, has waived in open court that the proceeding may be by information rather than indictment.

MATTHEW W. BRANN
United States District Judge

FILED
WILLIAMSPORT

FEB 1 0 2015

PER _____
DEPUTY CLERK