U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| U.S. | 4:15-CR-004 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Justin Johnson | Final Disposition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James T. Clancy  
United States Attorney's Office  
P.O. Box 11754  
Harrisburg, PA  17108-1754

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

FILED SCRANTON MAY 20 2015 PER DEPUTY CLERK

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please process final disposition as referenced in the language of the final order of forfeiture. CATS ID 15-FBI-003202. (The judgment that this payment is linked to is 15-FBI-001632).

Signature of Attorney other Originator requesting service on behalf of:  
*James T. Clancy*  
[X] PLAINTIFF  
[ ] DEFENDANT  
TELEPHONE NUMBER: 717-221-4482  
DATE: 5/6/2015

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*  
Total Process: 1  
District of Origin No.: 67  
District to Serve No.: 67  
Signature of Authorized USMS Deputy or Clerk: *Maria Demuth*  
Date: 5/14/15

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 5/20/15  
Time: [ ] am [ ] pm  
Signature of U.S. Marshal or Deputy: *DB*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: *Funds deposited*

PRIOR EDITIONS MAY BE USED  
**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285  
Rev. 12/15/80  
Automated 01/00